### 53873. JONES et al. v. SOUTHERN GUARANTY INSURANCE COMPANY.

WEBB, Judge.

The rulings made this day in *Peek v. Southern Guaranty Ins. Co.,* 142 Ga. App. 671, control adversely to Mrs. Jones in this appeal from the same declaratory judgment action.

*Judgment affirmed. Bell, C. J., Quillian, P. J., Marshall, Smith, Shulman and Banke, JJ., concur. Deen, P. J., and McMurray, J., dissent.*

ARGUED MAY 4, 1977 — DECIDED JUNE 10, 1977 —
REHEARING DENIED JUNE 29, 1977 — 

*Freeman & Hawkins, R. Jeffrey Morrison, Michael J. Goldman, Frances M. Toole, H. Lane Young, II,* for appellants.

*Covington, Kilpatrick & Storey, J. S. Kilpatrick, Rogers, Magruder & Hoyt, Wade C. Hoyt, III, Grubbs & Platt, Adele P. Grubbs, J. Milton Grubbs, Jones, Robbins & McLeod, James A. Robbins, Jr., Horace T. Clary,* for appellee.

DEEN, Presiding Judge, dissenting.

I respectfully dissent in this case due to the reasons set forth in *Peek v. Southern Guaranty Ins. Co.,* 142 Ga. App. 671.

I am authorized to state that Judge McMurray joins in this dissent.